UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-__28-MO__ |
| v. | INFORMATION |
| SHIONNA PEOPLES, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between in or about October 1, 2020, and continuing through on or about July 31, 2022, in the District of Oregon, defendant SHIONNA PEOPLES did knowingly and willfully steal and convert to her own use or the use of another, money of the United States Social Security Administration, a department and agency of the United States, to wit: by receiving Disability Insurance Benefit (DIB) payments in an approximate amount of $39,252.50, based on fraudulent representations and concealments;

/ / / / /


/ / / / /


/ / / / /

**Information** **Page 1**
Revised April 2018

All in violation of Title 18, United States Code, Sections 641.

Dated: January 29, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Rachel Sowray
RACHEL SOWRAY, OSB #095159
Special Assistant United States Attorney